# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LESEAN TAURS COLLINS,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-02050-JAD-VCF

**Order Denying Without Prejudice Application to Proceed in Forma Pauperis**

[ECF 2]

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed in forma pauperis (ECF 2) and a petition for a writ of habeas corpus. He did not include with his application (ECF 2) a financial certificate signed by the correct prison official and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (ECF 2) **is DENIED without prejudice. No later than December 14, 2015,** Petitioner must either: (1) file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account or (2) make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. The clerk of the court is directed to send petitioner a blank application form for incarcerated litigants. If petitioner fails to comply with this order, his action will be dismissed.

    DATED: November 12, 2015

                                                          JENNIFER A. DORSEY
                                                          United States District Judge