UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LESEAN TAURS COLLINS,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-02050-JAD-VCF

**Order Dismissing Case**

    On November 12, 2015, the court denied petitioner Lesean Tarus Collins's incomplete application for pauper status[1] and gave him until December 14, 2015, to either to pay the $5 filing fee or file a complete application to proceed *in forma pauperis*.[2] The December 14, 2015, deadline expired more than a month ago, and petitioner has done neither. The court cautioned petitioner that his failure to pay the fee or file a new application would result in the dismissal of this case.[3] Accordingly, with good cause appearing and no reason for delay,

    IT IS HEREBY ORDERED ADJUDGED, and DECREED that this action is **DISMISSED** without prejudice;

    **All pending motions [ECF 3] are DENIED** as moot; and

    The Clerk of the Court is directed to **CLOSE THIS CASE.**

    Finally, because reasonable jurists would not find the court's conclusion to be debatable or wrong, IT IS FURTHER ORDERED that a **certificate of appealability is DENIED**.

    DATED: January 21, 2016

                                                              JENNIFER A. DORSEY
                                                              United States District Judge

---

[1] ECF 2.

[2] ECF 4.

[3] *Id.*